CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5:07cr00045, 5:07cr00066 |
| v. | ORDER |
| RICHIE HANSFORD CONNER, et al.<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered today, it is **ORDERED** and **ADJUDGED** that Defendant's Objections to the First Amended Final Order of Forfeiture are **DENIED**, with this limited exception: the court strikes the language in paragraphs **(D)**, **(E)**, and **(F)** that permits the parties to determine attorney's fees. The court reserves the question of what credit, if any, Conner is entitled to receive toward satisfaction of the $5 million money judgment for the seized firearms. All other pending motions are **DENIED** as moot.

It is so **ORDERED**.

**Enter**: This March 20, 2009.

UNITED STATES DISTRICT JUDGE